01
02
03
04
05
06               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                         AT SEATTLE

08 | UNITED STATES OF AMERICA,           )
   |                                      )  CASE NO. MJ21-122
09 |        Plaintiff,                    )
   |                                      )
10 |    v.                                )
   |                                      )  DETENTION ORDER
11 | JAIME ADRIAN PINA-CAMEZ,             )
   |                                      )
12 |        Defendant.                    )
   | _____   )
13

14
   Offense charged:    Violation of Pre-Trial Release
15
   Date of Detention Hearing:   March 2, 2021.
16
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17
   based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18
   that no condition or combination of conditions which defendant can meet will reasonably assure
19
   the appearance of defendant as required and the safety of other persons and the community.
20
              FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
21
        1.     Defendant is charged with failing to show for a sentencing hearing in the Eastern
22

DETENTION ORDER
PAGE -1

District of Washington (EDWA Case No. CR18-163 SAB).  A Bench Warrant was issued by the Honorable Stanley A. Bastian, and plaintiff was arrested in this District.   He has waived an identity hearing and an order of transfer has been signed.  Defendant does not contest detention.

2. Defendant was not interviewed by Pretrial Services in this District.  Defendant has been on abscond status since July 22, 2019 when he is alleged to have failed to appear for sentencing.  Defendant poses a risk of nonappearance based on the nature of the alleged violation, use of aliases, and apparent lack of immigration status.  Defendant poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

Officer.

DATED this 2nd day of March, 2021.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3